**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 1, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00762-CV
_____

**DAVID STONE, Appellant**

**V.**

**ANTHONY S. MELILLO, M.D. AND BAY OAKS ORTHOPAEDICS & SPORTS MEDICINE, P.A., Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-53457**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 28, 2018. On October 23, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.